IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHANE SANDOVAL,
    Plaintiff,

V.

OFFICER VALLE;
LIBRARIAN AIDE D. PEREZ; in their individual and
official capacities.,
    Defendants,

---

PRISONER'S MOTION AND AFFIDAVIT FOR
LEAVE TO PROCEED PURSUANT TO 28. U.S.C
§ 1915

---

I request leave to commence this civil action without prepay-
ment of fees or security therefor pursuant to 28 U.S.C
§1915. In support of my request, I declare that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is a 42 U.S.C §1983 civil rights
action

(3) I am entitled to redress.

(4) I authorize the institution in which I am or have been incarc-
erated, to release any information concerning my inmate
account or other information concerning my financial affairs
strictly for the reasons pursuant to 28 U.S.C §1915. I
further authorize the agency having custody of me to

collect from my trust account and forward to the clerk of the Court payments in accordance with 28 U.S.C §1915 (b)(2).

(5.) I acknowledge and consent that a portion of any recovery, as directed by the Court, shall be paid to the Clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed in forma pauperis.

## UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Otero County Prison Facility on August 18, 2019.

_____

Prisoner's Original Signature
Shane Sandoval
10 McGregor Range Rd
Chaparral, NM 88081
EC-17