```
                                            FILED
                                 UNITED STATES DISTRICT COURT
       18cv30 MV-CG      ALBUQUERQUE, NEW MEXICO
       19cv857 RB-GJF
       19cv765 JCH-KK        JAN 24 2020
     ✓ 19cv797 KG-SCY
       19cv969 MV-LF   MITCHELL R. ELFERS
                            CLERK      aap
```

Dear Court Clerk,

    I would like the Court to refer my current cases on the Court's docket to the Pro Bono program. My cases present complex legal issues that I'm unable to adequately and effectively research and effectively present legal arguments in Court because of the lack of access to legal resources at LCCF.

                              Respectfully,

                              Shae Sandoval
                              1/20/20

# LEA COUNTY CORRECTIONAL FACILITY
## INMATE REQUEST FOR WITHDRAWAL

DATE: 1/19/20

**(PRINT)**

LAST NAME: S a n d o v a l

FIRST NAME: S h a n e

MI: 

INMATE NUMBER: 6 5 5 2 6

TOTAL AMOUNT: $ __ __ 5 0 . 5 0

UNIT: H 1

POD: C

CELL: 2 0 3

~~Fifty cents~~ DOLLARS

### WITHDRAW FUNDS FOR:
☐ CLUB DONATIONS  ☐ COPIES  ☐ FOOD NIGHT  ☐ NOTARY  ☑ POSTAGE  ☐ OUTSIDE PURCHASE  ☐ OTHER

### PAY TO THE ORDER OF:

NAME: _____

ADDRESS: _____

CITY: _____ STATE: _____ ZIP CODE: _____

_____  _____
CASE WORKER SIGNATURE OR AUTHORIZED PERSONNEL    INMATE SIGNATURE

_____
WARDEN, BUSINESS MANAGER, MAJOR (OR DESIGNEE)

SHANE SANDOVAL # 65826
LCCF
6900 W. Millen Dr.
Hobbs, NM 88242
H1C-203

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 24 2020

MITCHELL R. ELFERS
CLERK

Hasler
01/22/2020
$000.50
ZIP 88244
011E11681439
FIRST-CLASS MAIL

Debit Using Inside
to pay postage

Legal Mail

Clerk of Court
Pete. V. Domenici U.S Courthouse
Pro Se Division, Suite 270
333 Lomas Blvd NW
ABQ, NM 87102

87102$2274 C023