IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANE SANDOVAL,

    Plaintiff,

v.                                                                       No. 19-cv-797-KG-SCY

FNU GALLEGOS, FNU VASQUEZ,
MANAGEMENT AND TRAINING
CORPORATION, FNU GUTIERREZ,
FNU MONTECINOS, WARDEN MARTINEZ,
FNU GAMBOA, COUNTY OF
OTERO,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court following Plaintiff's failure to prosecute his *pro se* Amended Prisoner Complaint for Violation of Civil Rights (the "Amended Complaint") (Doc. 4). On August 4, 2022, the Court entered an Order to Provide Addresses, requiring Plaintiff to provide a current address where each Defendant could be served with a summons and a copy of the Amended Complaint. (Doc. 12). Plaintiff did not comply with, or otherwise respond to, the Court's Order. The deadline within which he was required to do so has now passed. (Doc. 12 at 2). The Court will therefore dismiss the Complaint under Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the ... court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

IT IS THEREFORE ORDERED that the Amended Complaint (Doc. 4) is DISMISSED without prejudice. The Court will enter a separate judgment closing this civil case.

                                                                                                                     UNITED STATES DISTRICT JUDGE