IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANE SANDOVAL,

    Plaintiff,

v.                                              No. 19-cv-797-KG-SCY

FNU GALLEGOS, FNU VASQUEZ,
MANAGEMENT AND TRAINING
CORPORATION, FNU GUTIERREZ,
FNU MONTECINOS, WARDEN MARTINEZ,
FNU GAMBOA, COUNTY OF
OTERO,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED:

1. All claims in the Amended Complaint (Doc. 4) are dismissed without prejudice.
2. The above captioned case should be closed.

_____
UNITED STATES DISTRICT JUDGE